No. D–1541. IN RE DISBARMENT OF BELL. It is ordered that Alan R. Bell, of Fort Lee, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1542. IN RE DISBARMENT OF KITSOS. It is ordered that Nicholas T. Kitsos, of Oak Brook, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1543. IN RE DISBARMENT OF YOUNG. It is ordered that James K. Young, of Bloomingdale, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1544. IN RE DISBARMENT OF PRITZKER. It is ordered that Michael L. Pritzker, of Northbrook, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 8, Orig. ARIZONA v. CALIFORNIA ET AL. Motion of West Bank Homeowners Association for leave to intervene denied. [For earlier order herein, see, e. g., 513 U. S. 803.]

No. 94–1288. HIRAM WALKER & SONS, INC. v. ELLER & CO., INC., ante, p. 1018. Motion of respondent for an award of costs denied.

No. 94–8625. IN RE BOWEN;
No. 94–8699. IN RE VERDONE; and
No. 94–8726. IN RE VISINTINE. Petitions for writs of habeas corpus denied.

No. 94–8239. IN RE BREWER; and
No. 94–8242. IN RE CALIFORRNIAA. Petitions for writs of mandamus denied.

No. 94–8617. IN RE WILSON. Petition for writ of mandamus and/or prohibition denied.